**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDWARD ALLYN HUDACKO, | No. 24-7360 |
| Plaintiff - Appellant, | D.C. No. 3:23-cv-05316-SI |
| v. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA; JANET YI MAN LEE; DIANE EHRENSAFT; STEPHEN ROSENTHAL; ASAF ORR; NATHANIEL BIGGER; DANIEL HARKINS; CHRISTINE UNDERHILL, FKA Christine Hudacko, | ORDER |
| Defendants - Appellees. | |

Filed March 11, 2026

Before: Sidney R. Thomas, Jacqueline H. Nguyen, and
Daniel A. Bress, Circuit Judges.

**ORDER**

The panel unanimously voted to deny the petition for panel rehearing. Judges Nguyen and Bress voted to deny the petition for rehearing en banc and Judge Thomas so recommended. The full court was advised of the petition for rehearing en banc. A judge requested a vote on whether to rehear the matter en banc. The matter failed to receive a majority of the votes of the nonrecused active judges in favor of en banc consideration. Fed. R. App. P. 40. Judge Tung did not participate in the deliberations or vote in this case.

The petitions for panel rehearing and rehearing en banc (Dkt. No. 91) are **DENIED.**